COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kristen Pullen v. Jarvis Richardson and Office of the Attorney General of Texas

Appellate case number:   01-17-00701-CV

Trial court case number: 2015-21621

Trial court:             246th District Court of Harris County

Appellant, Kristin Pullen, has filed a notice of the appeal of the trial court's "Order in Suit Affecting the Parent-Child Relationship," signed on June 16, 2017.  On January 25, 2018, we abated this appeal and remanded the case to the trial court for the court to file findings of fact and conclusions of law.  The trial court clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law, signed on January 25, 2018.  Accordingly, we REINSTATE this case on the Court's active docket.

**Appellant's brief is due to be filed within thirty days of the date of this order.** *See* **TEX. R. APP. P. 38.6(a), (d).**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

☑ Acting individually    ☐ Acting for the Court

Date: February 27, 2018